IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHELLE JUDGE MCLAIN, | ) | 1:10-CR-341-2 |
| | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| BELK, INC., | ) | |
| | ) | |
| Garnishee. | ) | |

## **ORDER**

The Recommendation of the United States Magistrate Judge was filed in accordance with 28 U.S.C. § 636(b) and, on February 21, 2020, was served on the parties. Docs. 59, 60. No objections were filed. After consideration of the record, the Court hereby adopts the Magistrate Judge's Recommendation.

It is **ORDERED** that the defendant's motion for a hearing in this garnishment proceeding, Doc. 54, is **DENIED**. To the extent the defendant's filing is construed as a request to reduce the amount of garnishment, that motion is **DENIED**.

This the 24th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE